**Donavon HENDERSON, Plaintiff-Appellant,**

v.

**SELECT PORTFOLIO SERVICES, INC.; et al., Defendants-Appellees.**

No. 16-15935

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 5, 2017

Donavon Henderson, Pro Se

Bryan L. Hawkins, Stoel Rives LLP, Sacramento, CA, for Defendants-Appellees Select Portfolio Services, Inc., U.S. Bank

Leslie M. Werlin, Esquire, McGuireWoods LLP, Los Angeles, CA, Alison Valerie Lippa, Attorney, McGuireWoods LLP, San Francisco, CA, for Defendant-Appellee Bank of America, N.A.

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Donavon Henderson appeals pro se from the district court's judgment dismissing for failure to prosecute his action alleging federal claims arising out of a residential home loan transaction. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We do not consider the merits of the district court's dismissal of Henderson's action because Henderson does not raise any argument in his opening brief concerning the district court's dismissal of his action. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim . . . .").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.